Case 4:11-cv-03951-RDP-TMP   Document 8-2   Filed 12/22/11   Page 1 of 1
Case: 11-1235   Document: 36   Page: 1   10/12/2011   415455   1

FILED
2011 Dec-22  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# MANDATE

S.D.N.Y.-N.Y.C.
11-cv-0181
Scheindlin, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of August, two thousand eleven,

Present:

    Robert A. Katzmann,
    Reena Raggi,
    Gerard E. Lynch,
        *Circuit Judges.*

---

Kareem Babatunde Agoro,

    *Petitioner-Appellant,*

v.                                                                              11-1235-pr

United States of America,

    *Respondent-Appellee.*

---

Appellant, *pro se*, moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (defining when an action lacks an arguable basis in law or fact).

                          FOR THE COURT:
                          Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/12/2011