FILED
2011 Dec-22 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

If you view the  Full Docket  you will be charged for 1 Pages $0.08

**General Docket**
**Court of Appeals, 2nd Circuit**

| | |
|---|---|
| **Court of Appeals Docket #: 11-1771**<br>Agoro v. Holder<br>**Appeal From:** Immigration & Naturalization Service<br>**Fee Status:** due | **Docketed: 05/04/2011** |

**Case Type Information:**
　1) Agency
　2) Petition for Review
　3) Immigration

**Originating Court Information:**
　**District:** INS-1 : A024-624-753
　**Date Filed:**

| Date | # | Description |
|---|---|---|
| 05/10/2011 | 14 | ATTORNEY, Tracie N. Jones, [13], in place of attorney Lisa M. Arnold, SUBSTITUTED.[284658] [11-1771] |
| 05/19/2011 | 15 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Party Kareem Babatunde Agoro, FILED. Service date 05/12/2011 by US mail.[294847] [11-1771] |
| 05/19/2011 | 16 | SCHEDULING NOTIFICATION, on behalf of Petitioner Kareem Babatunde Agoro, informing Court of proposed due date 08/20/2011, RECEIVED. Service date 05/12/2011 by US mail.[294850] [11-1771] |
| 05/19/2011 | 17 | MOTION, for assignment of counsel, on behalf of Petitioner Kareem Babatunde Agoro, FILED. Service date 05/12/2011 by US mail.[294853] [11-1771] |
| 05/23/2011 | 20 | MOTION, to dismiss, on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 05/23/2011 by US mail. [297412] [11-1771] |
| 05/23/2011 | 21 | OPPOSITION TO MOTION for stay of removal [2], on behalf of Respondent Eric H. Holder, Jr., FILED. Service date 05/23/2011 by US mail. [297415][21] [11-1771] |
| 06/03/2011 | 23 | RECORD ON APPEAL, submitted on CD ROM , FILED.[306188] [11-1771] |
| 06/09/2011 | 24 | OPPOSITION TO MOTION to dismiss [20], on behalf of Petitioner Kareem Babatunde Agoro, FILED. Service date 06/01/2011 by US mail. [311086][24] [11-1771] |
| 07/20/2011 | 28 | ON SUBMISSION, week of 08/08/2011, NAC Panel B.[343656] [11-1771] |
| 11/18/2011 | 30 | LETTER, dated 11/10/2011, on behalf of Petitioner Kareem Babatunde Agoro, RECEIVED. Service date 11/23/2011 by CM/ECF.[455677] [11-1771] |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/22/2011 16:16:31 | | | |
| PACER Login: | xq0388 | Client Code: | |
| Description: | Case Summary | Search Criteria: | 11-1771 |
| Billable Pages: | 1 | Cost: | 0.08 |